| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **James Jay Kanzler**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9603**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter  **11**   **12/18/17** |
| Case number:   **17–37377** | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case                                                          12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Jay Kanzler | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 30846 N. Highway 12<br>Volo, IL 60073 | |
| 4. | **Debtor's attorney**<br>Name and address | Lester A Ottenheimer, III<br>Ottenheimer Law Group, LLC<br>750 Lake Cook Rd – Ste 290<br>Buffalo Grove, IL 60090 | Contact phone  847 520–9400<br>Email: lottenheimer@olawgroup.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone  1–866–222–8029<br><br>Date: 12/19/17 |

**For more information, see page 2 >**

Official Form 309E (For Individuals or Joint Debtors)           **Notice of Chapter 11 Bankruptcy Case**                           page 1

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 24, 2018 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br> **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 802, Chicago, IL 60604** |
| **7.** | **Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br><br> • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or <br> • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. <br><br> **Filing deadline for dischargeability complaints: 3/26/18** |
| | | **Deadline for filing proof of claim:** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br><br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** <br> 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 17-37377-LAH
James Jay Kanzler                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: evelyng           Page 1 of 1              Date Rcvd: Dec 19, 2017
                              Form ID: 309E           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db           +James Jay Kanzler,    30846 N. Highway 12,    Volo, IL 60073-8155
smg          +Internal Revenue Service,    Mail Stop 5014CHI,    230 S. Dearborn Street, Room 2600,
               Chicago, IL 60604-1705
26295003     +Acoustic Associates, Ltd.,    c/o DiMonte & Lizak, LLC,    216 Higgins Road,
               Park Ridge, IL 60068-5706
26295005     +Barrington Anes Assoc.,    c/o Med Business Bureau,    1460 Renaissance Drive, #400,
               Park Ridge, IL 60068-1349
26295008     +Capital One Bank (USA),    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-4047
26295011     +First Midwest Bank,    c/o Chuhak & Tecson,    30 S. Wacker Drive, Suite 2600,
               Chicago, IL 60606-7512
26295014     +Patten Industries,    c/o Johnson Westra Broeker, et. al.,    370 S. Schmale Road,
               Carol Stream, IL 60188-2755
26295015      Patten Industries Inc.,    75 Remittance Drive,    Dept. 3173,    Chicago, IL 60675-3173
26295016     +Riverside Reclamation, Inc.,    c/o Thomas J. Laz,    608 S. Washington, #207,
               Naperville, IL 60540-6657
26295020     +Wellington Radiology Group,    c/o OAC,    P.O. Box 500,    Baraboo, WI 53913-0500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: lottenheimer@olawgroup.com Dec 20 2017 01:15:35     Lester A Ottenheimer, III,
               Ottenheimer Law Group, LLC,    750 Lake Cook Rd - Ste 290,    Buffalo Grove, IL  60090
smg          +EDI: IRS.COM Dec 20 2017 00:49:00      Department of the Treasury,    Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
26295004     +EDI: GMACFS.COM Dec 20 2017 00:48:00      Ally Financial,    P.O. Box 380901,
               Minneapolis, MN 55438-0901
26295006     +EDI: CAPITALONE.COM Dec 20 2017 00:49:00      Capital One,    P.O. Box 30253,
               Salt Lake City, UT 84130-0253
26295009     +EDI: CMIGROUP.COM Dec 20 2017 00:48:00      Comcast Chicago,    c/o Credit Management, LP,
               P.O. Box 118288,    Carrollton, TX 75011-8288
26295010     +EDI: TSYS2.COM Dec 20 2017 00:49:00      DSNB/Macys,   P.O. Box 8053,    Mason, OH 45040-8053
26295012     +EDI: CBSKOHLS.COM Dec 20 2017 00:48:00      Kohls/Capital One,    P.O. Box 3043,
               Milwaukee, WI 53201-3043
26295013     +E-mail/Text: bnc@nordstrom.com Dec 20 2017 01:16:07     Nordstrom FSB,    P.O. Box 6555,
               Englewood, CO 80155-6555
26295017     +E-mail/Text: jhs@sherwoodlawgroup.com Dec 20 2017 01:19:37     Riverwood Venture,
               c/o Jason Sherwood,    218 N. Jefferson Street, #401,    Chicago, IL 60661-1291
26295018     +EDI: RMSC.COM Dec 20 2017 00:49:00      Syncb/Amazon,   P.O. Box 956060,
               Orlando, FL 32896-0001
26295019     +EDI: RMSC.COM Dec 20 2017 00:49:00      Syncb/Lord & Taylor,    P.O. Box 103104,
               Roswell, GA 30076-9104
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26295007*    +Capital One,   P.O. Box 30253,    Salt Lake City, UT 84130-0253
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              Lester A Ottenheimer, III    on behalf of Debtor 1 James Jay Kanzler lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2