IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| JAMES J. KANZLER, ) | |
| ) | CASE NO. 17-37377 |
| ) | |
| Debtor-in-Possession, ) | JUDGE LASHONDA A. HUNT |
| ) | |

### NOTICE OF FILING

TO:   James J. Kanzler, Debtor, 30846 N. Highway Route 12, Volo, IL 60073
Estacia Kanzler, 30846 N. Highway Route 12, Volo, IL 60073
U.S. Trustee, 219 S. Dearborn, Room 873, Chicago, IL 60604

PLEASE TAKE NOTICE that, on the 17th day of January 2018, there was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, the **Notice pursuant to 11 U.S.C. §704(c)** a copy of which is attached.

JAMES J. KANZLER

By**:**   /s/ Lester A. Ottenheimer, III
Lester A. Ottenheimer III

Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 290
Buffalo Grove, Illinois 60089
(847) 520-9400

### CERTIFICATE AND AFFIDAVIT OF DELIVERY

I, an attorney, state that a true copy of the attached pleading was electronically filed with the Clerk of the United States Bankruptcy Court and electronically transmitted to the Office of the Trustee and to all of the creditors on the Service List via U.S. Mail at the addresses shown before 5:45 p.m. this 17th day of January 2018.

/s/ Lester A. Ottenheimer, III/s/
Lester A. Ottenheimer III